## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**ELIZABETH THIBAUT**

**VERSUS**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**CIVIL ACTION**

**NO. 07-388-JVP-CN**

# ORDER

Considering Defendant's Opposition Memorandum (Dkt. 11), which states that the occupations of head nurse and nurse supervisor as classified under the Department of Labor's Dictionary of Occupational Titles (DOT) are attached and made part of the record;

**IT IS ORDERED** that defendant shall file the appropriate documents within ten (10) days from the date of this order.

Signed in chambers in Baton Rouge, Louisiana, June 18, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**