UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ELIZABETH THIBAUT

VERSUS                                         CIVIL ACTION NO.: 07-388-JVP-CN

MICHAEL J. ASTRUE,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 17, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the Commissioner's decision is hereby **AFFIRMED** and the plaintiff's appeal is shall be **DISMISSED** with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 2, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA